# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **PHILLIP D. NEWBERRY**, § | |
| § | |
| *Plaintiff*, § | |
| v. § | |
| § | EP-23-CV-00084-DCG |
| **MIKE SOTO**, § | |
| **ADRIAN SOTO, and** § | |
| **TONY CANO**, § | |
| § | |
| *Defendants*. § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## FOR FAILURE TO PAY FILING FEE

On May 8, 2023, the Court denied *pro se* Plaintiff Phillip D. Newberry's motion to proceed *in forma pauperis* ("IFP") in this case. IFP Order, ECF No. 18. The Court informed Plaintiff that if he "wishe[d] to continue pursuing this lawsuit," he would have to "pay the $402.00 filing fee by June 7, 2023." *Id.* at 5 (emphasis omitted). The Court further warned Plaintiff that, if he did not, the Court would consider dismissing his case. *Id.*

Plaintiff didn't pay the filing fee by the June 7, 2023 deadline. The Court therefore **DISMISSES** this case **WITHOUT PREJUDICE**.[1]

The Court previously referred Plaintiff's "Motion for Appointment of Counsel" (ECF No. 3) to U.S. Magistrate Judge Miguel A. Torres for determination.[2] Because the Court has dismissed Plaintiff's case, the Court **WITHDRAWS** that referral and **DENIES** the motion as **MOOT**.

---

[1] *See, e.g.*, *Hernandez v. City of McAllen Police Dep't*, No. 7:21-mc-70, 2022 WL 1508980, *1-2 (S.D. Tex. Apr. 12, 2022), *report and recommendation adopted by* 2022 WL 1507199 (S.D. Tex. May 12, 2022) (court denied plaintiff's IFP motion and ordered plaintiff to pay filing fee; court then dismissed case after plaintiff failed to pay fee by court-ordered deadline).

[2] *See* Referral Order, ECF No. 6, at 2.

- 2 -

The Court **CLOSES** the case.

Finally, the Court **DIRECTS** the Clerk of Court to **MAIL** this Order to the following addresses:

Phillip D. Newberry
11116 Sea Foam Way
El Paso, TX 79936

Phillip D. Newberry
1123 Cornwell Rd.
Chester, SC 29706

**So ORDERED and SIGNED this 8th day of June 2023.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**